BNDLSS,CLOSED

# U.S. District Court
## Southern District of Florida (Key West)
## CRIMINAL DOCKET FOR CASE #: 4:23–mj–05011–LSS–1
### *Internal Use Only*

Case title: USA v. TANYA BISHOP

Date Filed: 08/07/2023

Date Terminated: 08/08/2023

---

Assigned to: Retired Mag Jdg JRS
Lurana S Snow

**Defendant (1)**

| | | |
|---|---|---|
| **Tonya Bishop** | represented by | **Noticing FPD–KW** |
| 71974–510 | | (305) 536–6900 |
| *YOB:1976 ENGLISH* | | Email: kw_ecf@fd.org |
| *TERMINATED: 08/08/2023* | | *LEAD ATTORNEY* |
| *also known as* | | *ATTORNEY TO BE NOTICED* |
| Tonay Allison–Oberst | | *Designation: Public Defender Appointment* |
| *TERMINATED: 08/08/2023* | | |

**Pending Counts**                            **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                 **Disposition**

18:1752.P.Entering and Remaining
in a Restricted Building or Grounds,
18:1752.P. Disorderly and
Disruptive Conduct in a Restricted
Building or Grounds, 40:5104.
Disorderly Conduct in a Capitol
Building

**Plaintiff**

**USA**                                                represented by   **Christopher Barrett Browne**
United States Attorney's Office
Southern District of Florida
99 Northeast Fourth Street, 4th Floor
Miami, FL 33132–2111
305–961–9419
Fax: 305–530–6168
Email: christopher.browne@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jessica Jean Ayer**
US Coast Guard Seventh District
United States Attorney's Office
909 SE First Ave Suite 918
Miami, FL 33131
305–961–9136
Email: jessica.ayer@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2023 | 1 | Magistrate Judge Removal of Complaint from District of Columbia Case number in the other District 1:23–mj–00193 as to Tonya Bishop (1). (tpl) (Main Document 1 replaced on 8/8/2023) (tpl). (Entered: 08/07/2023) |
| 08/07/2023 |  | Set/Reset Hearings as to Tonya Bishop: Initial Appearance – Rule 5(c)(3)/40 set for 8/8/2023 12:30 PM in Key West Division before KW Duty Magistrate Judge. (tpl) (Entered: 08/07/2023) |
| 08/07/2023 | 2 | NOTICE OF ATTORNEY APPEARANCE Jessica Jean Ayer appearing for USA. . Attorney Jessica Jean Ayer added to party USA(pty:pla). (Ayer, Jessica) (Entered: 08/07/2023) |
| 08/08/2023 | 3 | Order to Unseal as to Tonya Bishop Signed by Retired Mag Jdg JRS Annuitant Lurana S Snow on 8/8/2023. (tpl) (Entered: 08/08/2023) |
| 08/08/2023 | 4 | Minute for proceedings held before Retired Mag Jdg JRS Annuitant Lurana S Snow: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Tonya Bishop held on 8/8/2023. Bond set: Tonya Bishop (1) $100,000 PSB. Date of Arrest or Surrender: 8/8/2023. Attorney added: Noticing FPD–KW for Tonya Bishop (Digital 12:32:20) (tpl) (Entered: 08/08/2023) |
| 08/08/2023 | 5 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Tonya Bishop (tpl) (Entered: 08/08/2023) |
| 08/08/2023 | 6 | $100,000 PSB Bond Entered as to Tonya Bishop Approved by Retired Mag Jdg JRS Annuitant Lurana S Snow. *Please see bond image for conditions of release.* (tpl) (Additional attachment(s) added on 8/8/2023: # 1 Restricted Bond with 7th Page) (tpl). (Entered: 08/08/2023) |

| 08/08/2023 | 7 | ORDER OF REMOVAL ISSUED to District of Columbia as to Tonya Bishop. Closing Case for Defendant. Signed by Retired Mag Jdg JRS Annuitant Lurana S Snow on 8/8/2023. *See attached document for full details.* (tpl) (Entered: 08/08/2023) |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Tonya Bishop (AKA: Tonya Allison-Oberst) | ) |
| DOB: XXXXXX | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

*SD FL Case: 4-23-MJ-5011-LSS* (handwritten)

Case: 1:23-mj-00193
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 8/2/2023
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ____ Columbia ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(l)- | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

███████████████████
*Complainant's signature*

████████, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 08/06/2023 _____

*M.A. Upad* (signature)

Moxila A. Upadhyaya
2023.08.06 11:09:42
-04'00'

*Judge's signature*

City and state: _____ Washington, D.C. _____

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

4

Case: 1:23-mj-00193
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 8/2/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

Your affiant, Jasen Lee, is a Special Agent with the Federal Bureau of Investigation (FBI). I have been in this position since June 2016. I am currently assigned to the Central Texas Joint Terrorism Task Force in the FBI San Antonio Field Office. In my duties as a Special Agent, I have gained training and experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, the exploitation of lawfully obtained evidence and data, and various other procedures. I am currently tasked, among other things, with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known by me or the FBI. The dates and times listed in this Affidavit should be read as "on or about."

### Background: Events at the U.S. Capitol on January 6, 2021

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows

and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene, depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Facts Specific to Tonya Bishop a/k/a Tonya Allison-Oberst*

In January 2021, pursuant to a search warrant, the FBI received information from Google that a mobile device associated with Tonya BISHOP ("BISHOP"), a/k/a Tonya ALLISON-OBERST[1], was present at the U.S. Capitol on January 6, 2021. Subsequent investigation, including review of Closed-Circuit Television (CCV) video from the interior of the U.S. Capitol Building and open-source video and images taken on January 6, 2021, revealed that BISHOP was a part of a group that entered and traveled within the U.S. Capitol Building on January 6, 2021. Accordingly, as detailed below, there is probable cause to believe that on January 6, 2021, BISHOP committed violations of 18 U.S.C. § 1752(a)(1) and (2) (entering or remaining in, or engaging in disorderly conduct in, restricted building or grounds); and 40 USC § 5104(e)(2)(D) and (G) (engaging in disorderly conduct in any of the Grounds or Capitol Buildings or parading or demonstrating in any of the Capitol Buildings).

### A. Identification of Tonya BISHOP, a/k/a Tonya ALLISON-OBERST

According to records obtained through a search warrant which was served on Google LLC, a mobile device associated with the email address tonyajean15@XXXX.com, was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time. Taking the map display radius into account, Google location data shows that a device associated with email address tonyajean15@XXXX.com was in and around the restricted section of the Capitol grounds and/or in the U.S. Capitol Building at the

---

[1] The FBI has obtained information that on August 1, 2022, Tonya Jean ALLISON-OBERST applied for a U.S. passport in the name of Tonya Jean BISHOP. Information indicates Tonya ALLISON-OBERST married Bryan Roger Bishop and is now known as Tonya Jean BISHOP.

times and locations shown in the map below, with the "maps display radius" reflected on the accompanying chart. *See* Image 7. As illustrated, the listed locations encompass areas that are within and around the U.S. Capitol Building between approximately 2:18 p.m. ET and 2:41p.m. ET, which is during the known timeframe of the riot at the U.S. Capitol on January 6, 2021



*Image 7*

Records provided by Google revealed that the mobile device associated with tonyajean15@XXXX.com belonged to a Google account registered in the name of "TONYA ALLISON-OBERST." The Google account also lists a recovery SMS phone number of (xxx)xxx-9396.

Records provided by TracFone Wireless provided information responsive to a grand jury subpoena requesting subscriber information for the SMS phone number of (xxx)xxx-9396. This information indicated that the phone number was associated with email address tonyajean15@XXXX.com. TracFone Wireless further indicated that the phone number service activation was January 28, 2020 and service end date, the date through which service is paid and will remain active, is March 28, 2026. TracFone also listed TONYA ALLISON-OBERST as a credit card holder for payments made from December 2, 2020 to June 17, 2021. Included in

3

TracFone Wireless's response was an advisory stating subscriber information is not required from customers upon activation of service.

I have reviewed BISHOP's Washington State driver's license[2] photo and concluded the facial features in that photograph closely resemble the person seen in the below still shot taken from open-source video footage taken outside the US Capitol Building on January 6, 2021. *See* Image 1.



*Image 1*

I also showed Image 1 and BISHOP's driver's license photograph to a third-party ("Witness-1") who is familiar with the Bishop family, including with BISHOP. Witness-1 identified both images as being of BISHOP.

The FBI has reviewed prison monitored/recorded phone calls between an inmate who is believed to be the son of BISHOP and phone number (xxx)-xxx-9396. During a call on 01/04/2021, the female voice associated with phone number (xxx)-xxx-9396 stated, "On the 6th, Trump has called The Patriots together, a bunch of us are headed over there."

### B. BISHOP's Activities at the U.S. Capitol on January 6, 2021

I have reviewed U.S. Capitol Police (USCP) closed-circuit video (CCV) footage from in and around the U.S. Capitol on January 6, 2021. I observed the individual pictured in Image 1, *i.e.*, BISHOP, wearing a knit hat containing a large red horizontal stripe surrounded above and below by a smaller white stripe, and carrying flags on flagpoles enter the U.S. Capitol building at approximately 2:19 p.m. EST through the Senate Wing Doors. *See* Image 2 (BISHOP is circled in yellow).

---

[2] The driver's license reviewed was issued by Washington State Department of Licensing under the name Tonya ALLISON-OBERST on June 15, 2020.

4



*Image 2*

Review of the CCV revealed that BISHOP remained inside the U.S. Capitol Building for almost 30 minutes on January 6, 2021. Once BISHOP entered the U.S. Capitol Building through the Senate Wing Doors, she traveled to the Crypt. She entered the Crypt at approximately 2:21 p.m. EST. *See* Image 3 (BISHOP is circled in yellow).



*Image 3*

5

At approximately 2:26 p.m. EST, BISHOP was observed near the Memorial Doors. *See* Image 4 (BISHOP is circled in yellow).



*Image 4*

BISHOP then traveled through Statuary Hall at approximatly 2:32 p.m. EST. *See* Image 5 (BISHOP is circled in yellow).



*Image 5*

At approximately 2:46 p.m. EST, BISHOP stopped near the Upper House Doors with other rioters and then about a minute later exited the U.S. Capitol building. *See* Image 6 (BISHOP is circled in yellow).

6



*Image 6*

### Conclusion

Based on the foregoing, your affiant submits that there is probable cause to believe that TONYA BISHOP, a/k/a TONYA ALLISON-OBERST violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in, fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

7

Your affiant submits there is also probable cause to believe that TONYA BISHOP, a/k/a TONYA ALLISON-OBERST violated Title 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____

FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6th day of August, 2023.

Moxila A. Upadhyaya
2023.08.06 11:06:51 -04'00'

_____

MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE

8

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:23–mj–00193 |
| Tonya Bishop (AKA: Tonya Allison-Oberst) | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 8/2/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| _____ | ) |
| Defendant | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

         **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                  Tonya Bishop             ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☒ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(l)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:      08/06/2023               *M. U. Upah*       Moxila A. Upadhyaya
                                                   2023.08.06 11:08:37 -04'00'
                                                   *Issuing officer's signature*

City and state:         Washington, D.C.           Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____                               *Arresting officer's signature* |
| |
|                                             *Printed name and title* |

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Christopher Barrett Browne (betty.alfaraz@usdoj.gov,
caseview.ecf@usdoj.gov, christopher.browne@usdoj.gov, usafls-brdkt@usdoj.gov,
usafls-hqdkt@usdoj.gov), Retired Mag Jdg JRS Annuitant Lurana S Snow
(snow@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:23583550@flsd.uscourts.gov
```
Subject:Activity in Case 4:23-mj-05011-LSS USA v. Bishop Set/Reset Hearings
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 8/7/2023 at 11:08 AM EDT and filed on 8/7/2023

**Case Name:**     USA v. Bishop
**Case Number:**   4:23–mj–05011–LSS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
 **Set/Reset Hearings as to Tonya Bishop: Initial Appearance – Rule 5(c)(3)/40 set for 8/8/2023
12:30 PM in Key West Division before KW Duty Magistrate Judge. (tpl)**

**4:23–mj–05011–LSS–1 Notice has been electronically mailed to:**

Christopher Barrett Browne &nbsp &nbsp christopher.browne@usdoj.gov, betty.alfaraz@usdoj.gov,
CaseView.ECF@usdoj.gov, USAFLS–BRDKT@usdoj.gov, USAFLS–HQDKT@usdoj.gov

**4:23–mj–05011–LSS–1 Notice has not been delivered electronically to those listed below and will be
provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 23-MJ-05011-LSS

**UNITED STATES OF AMERICA**

**vs.**

**Tonya Bishop,**

      **Defendant.**

_____/

## NOTICE OF APPEARANCE

    The United States of America, through undersigned Assistant United States Attorney, hereby files this Notice of Appearance, requesting that the undersigned be informed of all future filings in the above captioned case.

                         Respectfully submitted,

                         MARKENZY LAPOINTE
                         UNITED STATES ATTORNEY

By:    /s/ Jessica J. Ayer
           JESSICA J. AYER
           Special Assistant United States Attorney
           Court ID. No. A5502916
           99 Northeast 4th Street, 4th Floor
           Miami, Florida 33132-2111
           Telephone: (305) 510-8179
           Email: Jessica.Ayer@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 07, 2023, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

/s/ Jessica J. Ayer
JESSICA J. AYER
Special Assistant United States Attorney
Court ID. No. A5502916
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 510-8179
Email: Jessica.Ayer@usdoj.gov

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-MJ-5011-LSS

UNITED STATES OF AMERICA,
                              Plaintiff

v.

TANYA BISHOP
                        Defendant
_____/

# O R D E R

THIS CAUSE is before the Court for the initial appearance of the above-named

defendant(s) on a SEALED COMPLAINT.

UPON ORAL motion of the government in open court that the complaint be

unsealed as to all the defendants, it is hereby ORDERED AND ADJUDGED that the

SEALED COMPLAINT be unsealed as to all parties in this case.

DONE AND ORDERED at Key West, Florida this 08th day of August,

2023.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel

# COURT MINUTES/ORDER

## United States Magistrate Judge Lurana S. Snow

| Courtroom(Key West) | Date: 8/8/2023 | Time: 12:30PM |
|---|---|---|

Defendant: Tonya Bishop(J)      J#: _____      Case #: 23-Mj-5011-LSS

AUSA: Christopher Browne      Attorney: Ian McDonald, AFPD

Violation: Entering and Remaining in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building

Proceeding: Initial Appearance- Rule 40/5 Removal      CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond: $100K PSB

Bond Set at: $ 100k PSB      Co-signed by: _____

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☑ No firearms
- ☑ Not to encumber property
- ☐ May not visit transportation establishments
- ☑ Home Confinement/Electronic Monitoring with GPS and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☑ Other: Remove firearms from home.

Language: English

Disposition:
- Defendant present.
- The Court grants the Government's Ore Tenus Motion to Unseal the Complaint.
- Defendant advised of rights and charges. Sworn and testified Re Indigency. AFPD appointed for purposes of Removal.
- Defendant waives removal hearing
- Speedy trial is excluded today through 8-17-2023.
- Initial appearance in other District is 8-17-2023.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 12:32:20      Time in Court: 20 mins

**CHECK IF APPLICABLE:** _____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 23-MJ- 5011-LSS

United States of America
      Plaintiff,
   v.

Tonya Bishop              Charging District's Case No.1:23-Mj-00193
      Defendant,
_____ /

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the District of Columbia.

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐  An identity hearing and production of the warrant.

☐  A preliminary hearing.

☐  A detention hearing in the Southern District of Florida.

☑  An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/8/2023

_____
Defendant's Signature

_____
Lurana S. Snow
UNITED STATES MAGISTRATE JUDGE

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND: $100,000 Personal Surety Bond

### CASE NO.: 23-MJ-5011-LSS

UNITED STATES OF AMERICA:

    Plaintiff,

v.           USM #: 71974-570

Tonya Bishop

    Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of

$ 100,000 PSB W/GPS MONITORING

### STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

 1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

 2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

 3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

 4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

 5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

*BY NOON THURS, AUGUST 10, 2023*

☒ a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

☒ b. Report to Pretrial Services as follows: (☒) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ____ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

☒ k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

☒ l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, *OR VESSELS* until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE THREE

**✗ o. LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

___ Location monitoring technology at the discretion of the officer

___ Radio Frequency (RF) monitoring (Electronic Monitoring)

✗ Active GPS Monitoring

___ Voice Recognition

___ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

OR

___ Home Detention: You are restricted to your residence at all times except for:

( ) medical
( ) substance abuse or mental health treatment
( ) court appearances
( ) attorney visits or court ordered obligations
( ) religious services
( ) employment
( ) other activities as pre-approved by the supervising officer

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

( ) employment
( ) education
( ) religious services
( ) medical, substance abuse, or mental health treatment
( ) attorney visits
( ) court appearances
( ) court ordered obligations
( ) reporting to Pretrial Services
( ) other _____

— q. Third-Party Custody: _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

___ u. May travel to and from: _____, and must notify Pretrial Services of travel plans before leaving and upon return.

✓ v. Comply with the following additional conditions of bond:
Remove firearm 9mm Residence.

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _8TH_ day of _AUGUST_ 20, 23    at _KEY WEST_, Florida

Signed and acknowledged before me:          DEFENDANT: (Signature)

WITNESS: _____          _MARATHON_____    _FL_____
                                              City                    State

_KW_____    _FL_____
   City          State

### CORPORATE SURETY

Signed this _____ day of _____, 23 ____ at _____, Florida

SURETY: _____          AGENT: (Signature) _____

_____                   PRINT NAME: _____
      City          State

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 23 ___ at _____, Florida     Signed this ___ day of _____, 23 ___ at _____, Florida

SURETY: (Signature) _____          SURETY: (Signature) _____

PRINT NAME: _____                   PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____          RELATIONSHIP TO DEFENDANT: _____

_____    _____          _____    _____
      City             State                     City             State

Signed this ___ day of _____, 23 ___ at _____, Florida     Signed this ___ day of _____, 23 ___ at _____, Florida

SURETY: (Signature) _____          SURETY: (Signature) _____

PRINT NAME: _____                   PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____          RELATIONSHIP TO DEFENDANT: _____

_____    _____          _____    _____
      City             State                     City             State

### APPROVAL BY THE COURT

Date: _8/8/23_____

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

(Revised 03/2020)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### APPEARANCE BOND: _____

### CASE NO.: 23-MJ-5011-LSS

UNITED STATES OF AMERICA:

              Plaintiff,

v.                           USM #: _71974-510_

Tonya Bishop

              Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of

$ _100,000 PSB W/ GPS MONITORING_

## STANDARD CONDITIONS OF BOND

**The conditions of this bond are that the defendant:**

1. Shall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer to the cause transferred. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the Court has entered an order of dismissal. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the Court shall order otherwise.

2. May not travel outside the Southern District of Florida unless otherwise approved by the Court prior to any such travel. The Southern District of Florida consists of the following counties: Broward, Highlands, Indian River, Martin, Miami-Dade, Monroe, Okeechobee, Palm Beach and St. Lucie.

3. May not change his/her present address without prior notification and approval from the U.S. Probation Officer or the Court.

4. Must cooperate with law enforcement officers in the collection of a DNA sample if the collection is required by 42 U.S.C. Section 14135a.

5. Must not violate any federal, state or local law while on release in this case. Should the defendant come in contact with law enforcement he/she shall notify the U.S. Probation Officer within 72 hours.

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

*BY NOON THURS, AUGUST 10, 2023*

X a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: (X) as directed or ___ time(s) a week in person and ___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ____ excessive OR ___ abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

X k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

X l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, *OR VESSELS* until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-MJ-5011
PAGE THREE

**o. LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on ( ) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

__ Location monitoring technology at the discretion of the officer

__ Radio Frequency (RF) monitoring (Electronic Monitoring)

X Active GPS Monitoring

__ Voice Recognition

__ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

<strong>OR</strong>

__ Home Detention: You are restricted to your residence at all times except for:

( ) medical
( ) substance abuse or mental health treatment
( ) court appearances
( ) attorney visits or court ordered obligations
( ) religious services
( ) employment
( ) other activities as pre-approved by the supervising officer

**p. RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

( ) employment
( ) education
( ) religious services
( ) medical, substance abuse, or mental health treatment
( ) attorney visits
( ) court appearances
( ) court ordered obligations
( ) reporting to Pretrial Services
( ) other _____

q. Third-Party Custody: _____will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

28

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE FOUR

___ s. **Mandatory Adam Walsh Conditions:** Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

___ t. Additional Sex Offense Conditions For Defendants Charged or Convicted of a Sexual Offense:

1. ( ) Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer.
2. ( ) The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.
3. ( ) Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office.
4. ( ) Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.
5. ( ) Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.
6. ( ) Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.
7. ( ) The defendant shall not be involved in any children's or youth organizations.
8. ( ) Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services.
9. ( ) The defendant shall participate in a maintenance polygraph examination to periodically investigate the defendant's compliance. The polygraph examination shall specifically address only defendant's compliance or non-compliance with the special conditions of release and shall not inquire into the facts of the pending criminal case against defendant. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

___ u. May travel to and from: _____, and must notify Pretrial Services of travel plans before leaving and upon return.

___ v. Comply with the following additional conditions of bond:

_____

_____

_____

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE FIVE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, and order of detention, as provided in 18 U.S.C. §3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. §401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. §1503 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. §1510 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. §1512 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. §1513 makes it a felony criminal offense punishable by imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: Bishop, Tonya
CASE NUMBER: 23-Mj-5011
PAGE SIX

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this __8TH__ day of __AUGUST__ 20, 23 __ at __KEY WEST__, Florida

Signed and acknowledged before me:   DEFENDANT: (Signature) _____

WITNESS: _____

__KW__        __FL__
City          State

DEFENDANT: (Signature) _____
__MARATHON__        __FL__
City                 State

### CORPORATE SURETY

Signed this _____ day of _____, 23 __ at _____, Florida

SURETY: _____   AGENT: (Signature) _____

_____   _____   PRINT NAME: _____
City            State

### INDIVIDUAL SURETIES

Signed this ___ day of _____, 23 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____        _____
City                 State

Signed this ___ day of _____, 23 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____        _____
City                 State

Signed this ___ day of _____, 23 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____        _____
City                 State

Signed this ___ day of _____, 23 ___ at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

_____        _____
City                 State

## APPROVAL BY THE COURT

Date: __8/8/23__

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

31

| CM/ECF RESTRICTED | DEFENDANT:<br>CASE NUMBER:<br>PAGE SEVEN |
|---|---|

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of seven pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _8TH_ day of _AUGUST_ 20, 23 at _KEY WEST_, Florida

Signed and acknowledged before me:

WITNESS: _LISA Welch_

ADDRESS: _501 SIMONTON ST_

_KEY WEST, FL_ ZIP: _33040_

DEFENDANT: (Signature) _[signature]_

ADDRESS: _800 35TH ST OCEAN_

_MARATHON, FL_ ZIP: _33050_

TELEPHONE: _620-813-0382_

### CORPORATE SURETY

Signed this _____ day of _____, 23 at _____, Florida

SURETY: _____

ADDRESS: _____

ZIP: _____

AGENT: (Signature) _____

PRINT NAME: _____

TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this ____ day of _____, 23 at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ZIP: _____

TELEPHONE: _____

Signed this ____ day of _____, 23 at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ZIP: _____

TELEPHONE: _____

Signed this ____ day of _____, 23 at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ZIP: _____

TELEPHONE: _____

Signed this ____ day of _____, 23 at _____, Florida

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP TO DEFENDANT: _____

ADDRESS: _____

ZIP: _____

TELEPHONE: _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 23-MJ-5011-LSS

United States of America
      Plaintiff,

    v.

Tonya Bishop
      Defendant,

_____/

## ORDER OF REMOVAL

It appearing that in the **District of Columbia**, a Complaint was filed against the above-named defendant on a charge of Disorderly Conduct in a Capitol Building, and Entering and Remaining in a Restricted Building or Grounds, and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Lurana S. Snow at Key West, Florida, which officially committed the defendant for removal to the **District of Columbia**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Lurana S. Snow for removal and released to $ _100,000 PSB with conditions_ which was approved by the United States Magistrate Judge Lurana S. Snow, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Key West, Florida on 08/08/2023.

_Lurana S. Snow_
Lurana S. Snow
United States Magistrate Judge